UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CARROLL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>RECURRENT VENTURES INC., a Delaware corporation d/b/a OUTDOORLIFE.COM; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 23-cv-0122-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

　　On May 2, 2023, Plaintiff Keith Carroll filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 14).

　　IT IS HEREBY ORDERED that the action is dismissed without prejudice pursuant to Plaintiff's Notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk of the Court shall close the case.

Dated:  May 18, 2023

　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court